UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Allstate Insurance Company, a/s/o
Daniel Beauboeuf

- against -

Permanent Mission of Sierra Leone
to the United Nations

-----------------------------------------------------------X

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

07 Civ. 6866 (HB)

ORDER OF
DISCONTINUANCE

This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein ~~are settled or~~ are settled ~~are in the process of being settled~~, it is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by February 28, 2008, any party may apply to have the action reopened.

Dated:    New York, New York
          September 7, 2007

                                                    10/3/07
                                        HAROLD BAER, JR.
                                        U.S.D.J.

I hereby consent to the entry of this proposed order:

FELDMAN & FELDMAN, LLP          Montfort, Healy, McGuire + Salley, by:

_____          _____
Attorneys for Plaintiff           Attorneys for defendant
(631) 979-1200
                                  _____
                                  Attorneys for Third-party

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/07

TOTAL P.02